# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:17−cv−03005−K

| | |
|---|---|
| Display Technologies LLC v. Yamaha Corporation of America | Date Filed: 10/31/2017 |
| Assigned to: Judge Ed Kinkeade | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Property Rights: Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Display Technologies LLC**　　　represented by　**Thomas C Wright**
Cunningham Swaim, LLP
7557 Rambler Road, Suite 400
Dallas, TX 75231
214−646−1495
Fax: 214−613−1163
Email: twright@cunninghamswaim.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Alex Joseph Whitman**
Cunningham Swaim, PLLC
7557 Rambler Road
Suite 400
Dallas, TX 75231
214−646−1495
Fax: 214−613−1163
Email: awhitman@cunninghamswaim.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**Yamaha Corporation of America**　　　represented by　**Michael E Jones**
Potter Minton
PO Box 359
Tyler, TX 75710−359
903/597−8311
Fax: 903/593−0846
Email: mikejones@potterminton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James Goff**
Tillotson Law
750 North St Paul Street
Suite 600
Dallas, TX 75201

214–382–3041
Fax: 214–501–0731
Email: jgoff@tillotsonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jeffrey M Tillotson**
Tillotson Law
750 North St Paul Street
Suite 600
Dallas, TX 75201
214–382–3041
Fax: 214–501–0731
Email: jtillotson@tillotsonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Jonathan Patton**
Tillotson Law
750 N St Paul Street
Suite 610
Dallas, TX 75201
214–382–3041
Fax: 214–501–0731
Email: jpatton@tillotsonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Joseph Austen Irrobali**
Tillotson Law
750 N St Paul Street
Suite 600
Dallas, TX 75201
214–382–3041
Fax: 214–501–0731
Email: airrobali@tillotsonlaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Robert E Sterken , III**
Potter Minton
110 N College Ave
500 Plaza Tower
Tyler, TX 75702
903–597–8311
Fax: 903–593–0846
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2017 | Ï 1 | COMPLAINT WITH JURY DEMAND against Yamaha Corporation of America filed by Display Technologies, LLC. (Filing fee $400; Receipt number 0539–8773857) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any |

| | | |
|---|---|---|
| | | required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) – A, # 2 Exhibit(s) – B, # 3 Cover Sheet) (Wright, Thomas) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 2 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (epm) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 3 | Report to Patent/Trademark Office of Initiating Document. Form AO 120 e−mailed to notice_of_suit@uspto.gov. (epm) (Entered: 10/31/2017) |
| 10/31/2017 | Ï 4 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Display Technologies LLC. (Wright, Thomas) (Entered: 10/31/2017) |
| 11/02/2017 | Ï 5 | Request for Clerk to issue Summons filed by Display Technologies LLC. (Wright, Thomas) (Entered: 11/02/2017) |
| 11/02/2017 | Ï 6 | Summons Issued as to Yamaha Corporation of America. (ykp) (Entered: 11/02/2017) |
| 11/06/2017 | Ï | Pursuant to Special Order 3−287, which addresses the assignment of patent cases, this case is reassigned to Judge Ed Kinkeade. Future references to this case shall be indicated as 3:17−cv−3005−K. Judge Sidney A Fitzwater no longer assigned to case. (axm) (Entered: 11/06/2017) |
| 11/27/2017 | Ï 7 | Unopposed MOTION to Extend Time to Respond to Plaintiff's Complaint for Patent Infringement filed by Yamaha Corporation of America (Attachments: # 1 Proposed Order)Attorney Michael E Jones added to party Yamaha Corporation of America(pty:dft) (Jones, Michael) (Entered: 11/27/2017) |
| 11/27/2017 | Ï 8 | MOTION for Leave to Proceed Without Local Counsel – Unopposed filed by Yamaha Corporation of America (Attachments: # 1 Proposed Order) (Jones, Michael) (Entered: 11/27/2017) |
| 11/27/2017 | Ï 9 | ELECTRONIC ORDER granting 7 Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint. Responses due by 12/28/2017. (Ordered by Judge Ed Kinkeade on 11/27/2017) (chmb) (Entered: 11/27/2017) |
| 12/05/2017 | Ï 10 | ORDER: Before the Court is Defendant Yamaha Corporation of America's ("Yamaha") Unopposed Motion for Leave to Proceed Without Local Counsel (Doc. No. 8 ). The Court DENIES the motion. Defendant Yamaha must retain and designate local counsel in accordance with Local Rule 83.10 within twenty (20) days from the date this order is signed. (Ordered by Judge Ed Kinkeade on 12/5/2017) (sss) (Entered: 12/06/2017) |
| 12/14/2017 | Ï 11 | SUMMONS Returned Executed as to Yamaha Corporation of America ; served on 11/7/2017. (Wright, Thomas) (Entered: 12/14/2017) |
| 12/26/2017 | Ï 12 | NOTICE of Attorney Appearance by James Goff for Jeffrey M. Tillotson on behalf of Yamaha Corporation of America. (Goff, James) (Entered: 12/26/2017) |
| 12/27/2017 | Ï 13 | Unopposed Motion for Extension of Time to File Answer *to Complaint for Patent Infringement* filed by Display Technologies LLC (Attachments: # 1 Proposed Order) (Wright, Thomas) (Entered: 12/27/2017) |
| 12/27/2017 | Ï 14 | ELECTRONIC ORDER granting 13 Motion for Extension of Time to File Answer or Respond. Yamaha Corporation of America answer or response due 1/29/2018. (Ordered by Judge Ed |

| | | |
|---|---|---|
| | | Kinkeade on 12/27/2017) (chmb) (Entered: 12/27/2017) |
| 01/29/2018 | 15 | Unopposed MOTION to Transfer Case out of District/Division filed by Yamaha Corporation of America (Attachments: # 1 Proposed Order) (Tillotson, Jeffrey) (Entered: 01/29/2018) |
| 02/01/2018 | 16 | ORDER: Before the Court is Defendant Yamaha Corporation of America's Unopposed Motion to Transfer Venue (Doc. No. 15 ). The Court GRANTS this motion. This case is hereby transferred to the United States District Court for the Central District of California. (Ordered by Judge Ed Kinkeade on 2/1/2018) (sss) (Entered: 02/02/2018) |