Michael J. Terhar [State Bar No. 89491]
Jonathan E. Hembree [State Bar No. 274051]
Thomas C. Wright [*Admitted Pro Hac Vice*]
CUNNINGHAM SWAIM, LLP
2 North Lake Avenue, Suite 550
Pasadena, California 91101
Telephone:  (626) 765-3000
Facsimile:   (626) 765-3030
E-Mail:   mterhar@cunninghamswaim.com
               jhembree@cunninghamswaim.com
               twright@cunninghamswaim.com

Attorneys for Plaintiff,
DISPLAY TECHNOLOGIES, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC<br><br>Plaintiff,<br><br>vs.<br><br>YAMAHA CORPORATION OF AMERICA<br><br>Defendant. | Case No.: 2:18-cv-00861-SJO-RAO<br><br>Assigned To: Hon. S. James Otero<br><br>**NOTICE OF DISMISSAL** |

Display Technologies, LLC ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice of dismissal of the above-captioned action with prejudice, with each party to bear its own costs, attorneys' fees and expenses.  The defendant has not answered or filed a motion for summary judgment, therefore no order is required under the Rule.

///

///

///

1
NOTICE OF DISMISSAL

550.0602

///

Dated: June 25, 2018         CUNNINGHAM SWAIM, LLP

By:  */s/ Thomas C. Wright*
Michael J. Terhar
Jonathan E. Hembree
Thomas C. Wright
Attorneys for Plaintiff,
DISPLAY TECHNOLOGIES, INC.

Dated: June 25, 2018         ZUBER LAWLER & DEL DUCA LLP

By:  */s/ Armand F. Ayazi*
Armand F. Ayazi
Attorneys for Defendant,
YAMAHA CORPORATION OF AMERICA

2
NOTICE OF DISMISSAL

550.0602