**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

JS-6

| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

**CASE NO.:** CV 18-00861 SJO (RAOx)        **DATE:** June 26, 2018

**TITLE:**     Display Technologies LLC v. Yamaha Corporation of America

========================================================================
**PRESENT:  THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Cruz                                             Not Present
Courtroom Clerk                                   Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**        **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                            Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the NOTICE of Voluntary Dismissal filed by Plaintiff Display Technologies, LLC. [ECF 36]. Dismissal is with prejudice.  Accordingly, the Court Orders that this matter shall be dismissed pursuant to the NOTICE of Voluntary Dismissal.

All pending hearings are vacated and taken off this Court's calendar.